IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

BERTHA VALDEZ,
Personal Representative of
The Estate of Joel Molina,

    Plaintiff,

vs.                                                                                                No. CV-10-00631 MCA/RHS

WILLIAM PETTY, Former Deputy for
The Bernalillo County Sheriff's Department, and
LEONARD ARMIJO, Deputy for the
Bernalillo County Sheriff's Department,

    Defendants.

## ORDER ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

**THIS MATTER** is before the Court upon its review and consideration of the Magistrate Judge's *Report and Recommendation Regarding Proposed Settlement* [Doc. 106] and the *Report of the Guardian Ad Litem* F. Michael Hart [Doc. 103]. The Court has also considered the *Stipulated Order of Approval of Minor's Settlement and Dismissal with Prejudice* tendered by the parties.

The Court finds that the settlement of Ruby Molina's claims as outlined in the *Guardian Ad Litem* Report is fair, reasonable, and in the best interest of Ruby Molina, and should therefore be approved.

The Court hereby adopts the Magistrate Judge's *Report and Recommendation Regarding Proposed Settlement* and approves the settlement.

The parties' *Stipulated Order of Approval of Minor's Settlement and Dismissal*

*with Prejudice* shall be filed immediately after the filing of this Order.

**SO ORDERED** this 4th day of December, 2012 in Albuquerque, New Mexico.

_____
**M. CHRISTINA ARMIJO**
Chief United States District Judge